No. 864, Misc. McMorris v. Cavell, Warden. Court of Common Pleas of Pennsylvania, Westmoreland County. Certiorari denied.

No. 873, Misc. Rose, doing business as General Developing Co., v. Quigley, Postmaster. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for respondent.

No. 878, Misc. Johnson v. Bennett, Warden. District Court of Lee County, Iowa. Certiorari denied. Petitioner *pro se. Norman A. Erbe,* Attorney General of Iowa, and *Freeman H. Forrest,* Assistant Attorney General, for respondent.

No. 879, Misc. Tribote v. New York. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 881, Misc. Jackson v. Heinze, Warden. Supreme Court of California. Certiorari denied.

No. 884, Misc. Valek v. Texas. Court of Criminal Appeals of Texas. Certiorari denied.

No. 887, Misc. Becton v. Ragen, Warden. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 888, Misc. United States ex rel. Hyde v. Lavallee, Warden, et al. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *George K. Bernstein,* Assistant Attorney General, for respondent.